**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRAVON SUMMERS,                    ) Case No. CV 16-3588-GW (JPR)
                                   )
              Petitioner,          )
                                   )          **J U D G M E N T**
         v.                        )
                                   )
CHRISTIAN PFEIFFER, Warden,        )
                                   )
              Respondent.          )
                                   )
_____  )

     Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED: November 10, 2017        _____
                                GEORGE H. WU
                                U.S. DISTRICT JUDGE